UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DARLA DUNCAN, on behalf of herself and all others similarly situated, | Case No: 2:22-cv-12700 |
| Plaintiff, | Hon. Linda V. Parker |
| v. | Magistrate Jonathan J.C. Grey |
| MAGNA SEATING OF AMERICA, INC., | |
| Defendant. | |

| | |
|---|---|
| Anthony J. Lazzaro (P86195) <br> Matthew S. Grimsley (OH 0092942) <br> Lori M. Griffin (OH 0085241) <br> The Lazzaro Law Firm, LLC <br> Attorneys for Plaintiff <br> The Heritage Building, Suite 250 <br> 34555 Chagrin Boulevard <br> Moreland Hills, Ohio  44022 <br> (216) 696-7005 <br> anthony@lazzarolawfirm.com <br> matthew@lazzarolawfim.com <br> lori@lazzarolawfirm.com | Allan S. Rubin (P44420) <br> Jennell K. Shannon (MN Bar No. 0398672) *(Admitted to practice in E.D. Mich.)* <br> JACKSON LEWIS P.C. <br> Attorneys for Defendant <br> 2000 Town Center, Ste. 1650 <br> Southfield, MI 48075 <br> (248) 936-1900 <br> allan.rubin@jacksonlewis.com <br> jennell.shannon@jacksonlewis.com |

**STIPULATED ORDER LIFTING STAY AND
SETTING REVISED CASE MANAGEMENT PLAN**

This matter is before the Court on the stipulation of the parties; the parties having advised the Court that after attending two mediation sessions, they have not reached a settlement; and the Court being otherwise duly advised in the premise:

IT IS HEREBY ORDERED that the stay of this matter is lifted.

IT IS FURTHER ORDERED that the Court adopts the Parties' proposed Revised Case Management Plan (ECF No. 49), and therefore, the case shall proceed as follows:

1. Defendant shall produce the time and pay records/data pursuant to the Court's May 10, 2024 Order on Plaintiff's Motion to Compel (ECF No. 40) on or before: November 28, 2025.

2. The Parties shall confer to reach an agreement on a representative sampling of employees for whom Defendant will produce identifying information (as set forth in the Court's May 10, 2024 Order (ECF No. 40), on or before: December 12, 2025.

3. Defendant shall produce identifying information for the representative sampling of employees on or before: January 5, 2025.

4. All pre-notice discovery shall be completed on or before: March 23, 2026.

5. Plaintiff's Motion for Court-Authorized Notice shall be filed on or before: March 30, 2026.

6. Defendant's Response to Plaintiff's Motion for Court-Authorized Notice shall be filed on or before: April 20, 2026.

7. Plaintiff's Reply in Support of Motion for Court-Authorized Notice shall be filed on or before: May 4, 2026.

IT IS SO ORDERED.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 5, 2025

2

So Stipulated:

/s/ *Matthew S. Grimsley*
Matthew S. Grimsley (OH 0092942)
Anthony J. Lazzaro (P86195)
Lori M. Griffin (OH 0085241)
The Lazzaro Law Firm, LLC
Attorneys for Plaintiff
The Heritage Building, Suite 250
34555 Chagrin Boulevard
Moreland Hills, Ohio  44022
(216) 696-7005
matthew@lazzarolawfim.com
anthony@lazzarolawfirm.com
lori@lazzarolawfirm.com


/s/ *Allan S. Rubin*
Allan S. Rubin (P44420)
Jennell K. Shannon (MN Bar No. 0398672)
*(Admitted to practice in E.D. Mich.)*
Attorneys for Defendant
2000 Town Center, Suite 1650
Southfield, Michigan 48075
(248) 936-1900
allan.rubin@jacksonlewis.com
jennell.shannon@jacksonlewis.com


Dated:  October 15, 2025