UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARLA DUNCAN, on behalf of herself and all others similarly situated,

Plaintiff,

v.

MAGNA SEATING OF AMERICA, INC.,

Defendant.

Case No: 2:22-cv-12700

Honorable Linda V. Parker

**OPINION AND ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT**

This matter is before the Court on Plaintiff's Unopposed Motion for Approval of Settlement (the "Motion") (ECF No. 63.) Defendant Magna Seating of America, Inc. does not oppose the Motion and consents to the relief requested. Because the Parties have not requested a fairness hearing and the Court finds that no hearing is necessary, the Motion is decided on the papers. Having reviewed the Motion, the Settlement Agreement and Release (the "Agreement") attached as Exhibit A, the Declaration of Matthew S. Grimsley attached as Exhibit B, and the record in this case, the Court finds and orders as follows:

1. The Motion is **GRANTED**. Unless otherwise defined in this Order, capitalized terms have the meanings given to them in the Agreement.

2. The Court finds that the Agreement is the product of arm's-length negotiations between experienced counsel, conducted with the assistance of two private mediators and the Magistrate Judge, and that it resolves a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), including disputes over whether the alleged pre- and post-shift work was compensable or de minimis, the amount of time spent performing it, whether the case may proceed as a collective action, whether Defendant acted in good faith, and whether a two-year or three-year limitations period applies.

3. The Court finds that the Agreement is a fair and reasonable resolution of that bona fide dispute, and the Agreement is **APPROVED** in its entirety. The Court further approves the Settlement Notice and Claim Form attached to the Agreement as Exhibits 1 and 2.

4. The Gross Settlement Amount of $500,000.00 shall be distributed in accordance with the Agreement. The Net Settlement Amount of $297,007.38 shall be allocated proportionately based on the number of workweeks worked during the Relevant Period, as set forth in the Agreement, to all Participating Plaintiffs (meaning Eligible Employees who submit a valid and timely Claim Form and thereby opt into the settlement and agree to its terms).

5. The Court approves a Service Award of $5,000.00 to Representative Plaintiff Darla Duncan, in addition to her Individual Settlement Payment, for her service to the collective and in exchange for her general release of claims.

6. The Court approves an award to Plaintiffs' Counsel, The Lazzaro Law Firm, LLC, of $166,666.67 in attorneys' fees, representing one-third of the Gross Settlement Amount, and $11,325.95 in reimbursement of litigation expenses. The Court finds these amounts reasonable.

7. The Court approves Settlement Administrator fees and costs, not to exceed $20,000.00, shall be paid from the Gross Settlement Amount.

8. In accordance with Section I.2 of the Agreement, the Parties shall submit a stipulated order dismissing the Lawsuit with prejudice as to claims relating to Defendant's Ridgeville Corners, Ohio and Columbus/Lancaster, Ohio facilities, and without prejudice as to all other facilities. Eligible Employees who do not become Participating Plaintiffs are not bound by the release and their claims, if any, are dismissed without prejudice.

**SO ORDERED**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 17, 2026